**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1260

BRYAN YANCEY,

Plaintiff - Appellant,

v.

FULTON FINANCIAL CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:23-cv-01791-CMH-IDD)

Submitted:  July 30, 2024                                    Decided:  August 1, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bryan Yancey, Appellant Pro Se.  Bruce Edwin Arkema, DURRETTE, ARKEMA, GERSON & GILL PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Yancey appeals the district court's order dismissing his complaint asserting violations of the Federal Reserve Act, Equal Credit Protection Act, and a criminal statute for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Yancey v. Fulton Fin. Corp.*, No. 1:23-cv-01791-CMH-IDD (E.D. Va. Mar. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*